**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :  No. 395 EAL 2019

             Respondent                :

                                :  Petition for Allowance of Appeal
                                :  from the Order of the Superior Court

             v.                   :

                                :

LAWRENCE PEEL,                  :

                                :

             Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 31st day of December, 2019, the Petition for Allowance of Appeal is **DENIED**.